FILED
IN OPEN COURT

MAR 1 3 2019

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:19cr‑32 |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY DONELL PARRISH JR., | ) | 18 U.S.C. § 371 |
| (Counts 1 – 5 and 6 – 9) | ) | Conspiracy to Commit an |
| | ) | Offense Against the United States |
| EVA DIANNE JONES, | ) | (Count 1) |
| a/k/a "Eva Ward" | ) | |
| (Counts 1 and 10 – 15) | ) | 42 U.S.C. § 408(a)(7)(B) |
| | ) | False Representation of Social |
| Defendants. | ) | Security Number |
| | ) | (Counts 2, 3, 4, 5, 10, 11, and 12) |
| | ) | |
| | ) | 18 U.S.C. § 1014 |
| | ) | False Statement on Loan Application |
| | ) | (Counts 6, 7, 8, 9, 13, 14, and 15) |

INDICTMENT

March 2019 Term - At Newport News, Virginia

GENERAL ALLEGATIONS

1.      On or about February 21, 2014, defendant, EVA DIANNE JONES, using her alias

"Eva Ward," completed a vehicle loan application for the amount of $19,440.00 for the 2014

Chevrolet Sonic, with the BayPort Credit Union, located in Newport News, Virginia, within the

Eastern District of Virginia.   JONES represented on the loan application that her Social Security

Number was ***-**-0949.   In truth and fact, as the defendant well knew, ***-**-0949 was not

the Social Security Number assigned to her by the Commissioner of Social Security.   Using the

1

Social Security Number and other identifying information provided by the defendant, the Bayport Credit Union conducted a credit check during the loan processing.

2.     On or about September 9, 2015, defendant, LARRY DONELL PARRISH JR., completed a vehicle loan application for the amount of $27,569.00 for the 2012 Toyota Tundra SR5 Double Cab, with the BayPort Credit Union, located in Newport News, Virginia, within the Eastern District of Virginia.   PARRISH represented on the loan application that his Social Security Number was ***-**-3402.   In truth and fact, as the defendant well knew, ***-**-3402 was not the Social Security Number assigned to him by the Commissioner of Social Security. Using the Social Security Number and other identifying information provided by the defendant, the Bayport Credit Union conducted a credit check during the loan processing.

3.     On or about November 19, 2016, defendant LARRY DONELL PARRISH JR., opened an individual credit card account at the Langley Federal Credit Union (LFCU), located in Newport News, Virginia, within the Eastern District of Virginia.   PARRISH requested a $500.00 credit limit.   In opening the account, the defendant used the Social Security Number of ***-**-2093.   The defendant received account number ****60.   In truth and fact, as the defendant well knew, ***-**-2093 was not the Social Security Number assigned to him by the Commissioner of Social Security.

4.     On or about December 29, 2016, defendant, EVA DIANNE JONES, completed a vehicle loan application for the amount of $17,765.00 for the 2013 Toyota Camry, with the BayPort Credit Union, located in Newport News, Virginia, within the Eastern District of Virginia.   JONES represented on the loan application that her Social Security Number was ***-**-8159.   In truth and fact, as the defendant well knew, ***-**-8159 was not the Social Security Number assigned to her by the Commissioner of Social Security.   Using the Social Security

2

Number and other identifying information provided by the defendant, the Bayport Credit Union conducted a credit check during the loan processing.

5.    On or about January 5, 2017, defendant, LARRY DONELL PARRISH JR., completed an individual credit application in the amount of $18,140.28 for the purchase of the 2014 Chevrolet Malibu, with the NAE Federal Credit Union, located in Chesapeake, Virginia, within the Eastern District of Virginia.   PARRISH represented on the loan application that his Social Security Number was ***-**-2093.   In truth and fact, as the defendant well knew, ***-**-2093 was not the Social Security Number assigned to him by the Commissioner of Social Security.   PARRISH received the $18,140.28 line of credit to finance the 2014 Chevrolet Malibu.

6.    On or about February 24, 2017, defendant, LARRY DONELL PARRISH JR., writes a personal check from his LFCU account number ****60, referenced in paragraph 3 above, in the amount of $1,100.00, to pay to the order of "Eva Ward," alias of defendant EVA DIANNE JONES.   JONES endorses the check "Eva Jones."

7.    On or about October, 7, 2017, defendant EVA DIANNE JONES, opened an individual credit card account at the LFCU, located in Newport News, Virginia, within the Eastern District of Virginia.   JONES requested a $10,000.00 credit limit.   In opening the account, the defendant used the Social Security Number of ***-**-5434.   The defendant received account number ****33.   In truth and fact, as the defendant well knew, ***-**-5434 was not the Social Security Number assigned to her by the Commissioner of Social Security.

8.    On or about February 9, 2018, defendant, LARRY DONELL PARRISH JR., completed a vehicle loan application requesting $12, 942.16 for the 2007 Lexus LS-V8, with the BayPort Credit Union, located in Newport News, Virginia, within the Eastern District of

3

Virginia.   PARRISH represented on the loan application that his Social Security Number was ***-**-2960.   In truth and fact, as the defendant well knew, ***-**-2960 was not the Social Security Number assigned to him by the Commissioner of Social Security.

9.      On or about February 9, 2018, the BayPort Credit Union, issued a check in the amount of $18,916.90 to Imports of Tidewater in connection with PARRISH's application for a loan for the 2007 Lexus LS-V8.

10.     Defendant EVA DIANNE JONES is listed as a reference on PARRISH's February 9, 2018, loan application for the BayPort Credit Union 2007 vehicle loan for the 2007 Lexus LS-V8.

## COUNT ONE

THE GRAND JURY CHARGES THAT:

1.      The factual allegations set forth in the General Allegation are incorporated herein as if set out in full.

2.      Beginning in or about 2014, and continuing until in or about March of 2018, the exact dates being unknown to the Grand Jury, in the Eastern District of Virginia, LARRY DONELL PARRISH JR. and EVA DIANNE JONES, the defendants herein, did knowingly and willfully combine, conspire, and agree with each other to commit the following offenses against the United States:

To knowingly make false representations of Social Security Numbers and other fraudulent information on loan and account applications submitted to federally insured financial institutions for the purpose of unlawfully obtaining money or property in violation of Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 1014.

4

## WAYS, MANNER AND MEANS OF THE CONSPIRACY

The ways, manner and means by which the foregoing objectives of the conspiracy to falsify loan applications and unlawfully obtain money or property from financial institutions were to be accomplished included, but were not limited to, the following:

3.    LARRY DONELL PARRISH JR., and EVA DIANNE JONES, worked in concert to unlawfully obtain money or property from financial institutions by providing falsified Social Security Numbers and other information on account and loan applications.

4.    The defendants reference one another on applications containing false information.

5.    The defendants traveled to financial institutions together where both had unlawfully obtained accounts or loans.

6.    The defendants utilized each other's cellular phones to speak with banking officials about their unlawfully obtained accounts or loans.

(In violation of Title 18, United States Code, Section 371, Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 1014).

## COUNTS TWO THROUGH FIVE

THE GRAND JURY FURTHER CHARGES THAT:

1.    The Grand Jury realleges and incorporates by reference the factual allegations contained in Paragraphs 1 through 10 of the General Allegations and in Paragraphs 3 through 6 of Count One set forth above as if set out in full.

2.    On or about the dates hereinafter set forth, in the Eastern District of Virginia, LARRY DONELL PARRISH JR., did for the purpose of concealing his true Social Security Number and for the following other purposes, with the intent to deceive, falsely represent a number to be the Social Security Number assigned by the Commissioner of Social Security to him, when in truth and fact, as

5

the defendant well knew, such number was not the Social Security Number assigned to him by the

Commissioner of Social Security:

| Count | Date of Transaction (on or about) | Description/Purpose of Transaction |
|-------|-----------------------------------|-------------------------------------|
| 2 | September 9, 2015 | Defendant PARRISH applied for a loan with the BayPort Credit Union and represented on the loan application that his Social Security Number was ***-**-3402. |
| 3 | November 19, 2016 | Defendant PARRISH obtained an individual credit card account with Langley Federal Credit Union and represented on the account application that his Social Security Number was ***-**-2093. |
| 4 | January 5, 2017 | Defendant PARRISH obtained a line of credit with NAE Federal Credit Union and represented on the credit application that his Social Security Number was ***-**-2093. |
| 5 | February 9, 2018 | Defendant PARRISH applied for a loan with the BayPort Credit Union and represented on the loan application that his Social Security Number was ***-**-2960. |

(In violation of Title 42, United States Code, Section 408(a)(7)(B)).

## COUNTS SIX THROUGH NINE

THE GRAND JURY FURTHER CHARGES THAT:

1.      The Grand Jury realleges and incorporates by reference the factual allegations contained in Paragraphs 1 through 10 of the General Allegations and in Paragraphs 3 through 6 of Count One set forth above as if set out in full.

2.      On or about the dates hereinafter set forth, in the Eastern District of Virginia, LARRY DONELL PARRISH JR., knowingly made the following false statements for the purpose of influencing the action of the financial institutions named, in connection with the loan and credit applications described herein:

6

| Count | Date of Transaction (on or about) | Description/Purpose of Transaction |
|-------|-----------------------------------|------------------------------------|
| 6 | September 9, 2015 | Defendant PARRISH applied for a loan with the BayPort Credit Union and represented on the loan application that his Social Security Number was ***-**-3402. |
| 7 | November 19, 2016 | Defendant PARRISH obtained an individual credit card account with Langley Federal Credit Union and represented on the account application that his Social Security Number was ***-**-2093. |
| 8 | January 5, 2017 | Defendant PARRISH obtained a line of credit with NAE Federal Credit Union and represented on the credit application that his Social Security Number was ***-**-2093. |
| 9 | February 9, 2018 | Defendant PARRISH applied for a loan with the BayPort Credit Union and represented on the loan application that his Social Security Number was ***-**-2960. |

(In violation of Title 18, United States Code, Section 1014).

## COUNTS TEN THROUGH TWELVE

THE GRAND JURY FURTHER CHARGES THAT:

1.     The Grand Jury realleges and incorporates by reference the factual allegations contained in Paragraphs 1 through 10 of the General Allegations and in Paragraphs 3 through 6 of Count One set forth above as if set out in full.

2.     On or about the dates hereinafter set forth, in the Eastern District of Virginia, EVA DIANNE JONES, a/k/a, "Eva Ward," did for the purpose of concealing her true Social Security Number and for the following other purposes, with the intent to deceive, falsely represent a number to be the Social Security Number assigned by the Commissioner of Social Security to her, when in truth and fact, as the defendant well knew, such number was not the Social Security Number assigned to her by the Commissioner of Social Security:

7

| Count | Date of Transaction (on or about) | Description/Purpose of Transaction |
|---|---|---|
| 10 | February 21, 2014 | Defendant JONES, using her alias "Eva Ward," applied for a loan with the BayPort Credit Union and represented on the loan application that her Social Security Number was ***-**-0949. |
| 11 | December 29, 2016 | Defendant JONES applied for a loan with the BayPort Credit Union and represented on the loan application that her Social Security Number was ***-**-8159. |
| 12 | October 7, 2017 | Defendant JONES obtained an individual credit card account with Langley Federal Credit Union and represented on the account application that her Social Security Number was ***-**-5434. |

(In violation of Title 42, United States Code, Section 408(a)(7)(B)).

<u>COUNTS THIRTEEN THROUGH FIFTEEN</u>

THE GRAND JURY FURTHER CHARGES THAT:

1.     The Grand Jury realleges and incorporates by reference the factual allegations contained in Paragraphs 1 through 10 of the General Allegations and in Paragraphs 3 through 6 of Count One set forth above as if set out in full.

2.     On or about the dates hereinafter set forth, in the Eastern District of Virginia, EVA DIANNE JONES, a/k/a, "Eva Ward," knowingly made the following false statements for the purpose of influencing the action of the financial institutions named, in connection with the loan and credit applications described herein:

| Count | Date of Transaction (on or about) | Description/Purpose of Transaction |
|---|---|---|
| 13 | February 21, 2014 | Defendant JONES, using her alias "Eva Ward," applied for a loan with the BayPort Credit Union and represented on the loan application that her Social Security Number was ***-**-0949. |

8

| 14 | December 29, 2016 | Defendant JONES applied for a loan with the BayPort Credit Union and represented on the loan application that her Social Security Number was ***-**-8159. |
| 15 | October 7, 2017 | Defendant JONES obtained an individual credit card account with Langley Federal Credit Union and represented on the account application that her Social Security Number was ***-**-5434. |

(In violation of Title 18, United States Code, Section 1014).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States v. Larry Donell Parrish Jr. and Eva Dianne Jones*
Criminal No. 4:19-cr-_____

A TRUE BILL:

_____
FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
    Peter Osyf
    Assistant United States Attorney
    United States Attorneys' Office
    721 Lakefront Commons, Suite 300
    Newport News, Virginia 23606
    Tel. (757) 591-4000
    Fax: (757) 591-0866
    Peter.Osyf@usdoj.gov